**Order filed July 18, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00268-CV
_____

**HELEN MAYFIELD, Appellant**

**V.**

**JOHN CUOCO, STEVE FULLJART, KBTX NEWS, A CORPORATION AND GRAY COMMUNICATIONS, A CORPORATION, JOINTLY AND SEVERALLY, Appellees**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-26159**

## O R D E R

This is an appeal from the trial court's interlocutory orders on the parties' motions for summary judgment and the order finally disposing of the case signed February 22, 2013. The trial court has determined that appellant, Helen Mayfield, is entitled to proceed without the advance payment of costs. *See* Tex. R. App. P. 20.1. This court has had two prior related appeals in this case, which were

docketed under our numbers 14-12-00037-CV and 14-12-00392-CV. The clerk's records in those appeals were filed June 8, 2012, and have been transferred to the current appeal. To complete the record in this appeal, the court will require the record to include the trial court's order signed February 22, 2013, appellant's motion to reinstate filed March 21, 2013, appellant's notice of appeal filed March 22, 2013, and any other documents listed in Texas Rule of Appellate Procedure 34.5(a) that relate to proceedings leading to the final judgment in this case that have not been included in the records already filed.

On May 9, 2013, this court ordered the Harris County District Clerk is to file a supplemental clerk's record on or before June 24, 2013, containing these items. To date the supplemental record has not been filed. Accordingly, we again **ORDER** the Harris County District Clerk to file a supplemental clerk's record with the clerk of this court on or before **August 16, 2013,** containing the following:

(1) the trial court's order signed February 22, 2013;

(2) appellant's motion to reinstate filed March 21, 2013; and

(3) appellant's notice of appeal filed March 22, 2013.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


2